UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARTEZ ROMAL BICKHAM #777727,

    Plaintiff,

v.

C. LOMAN, et al.,

    Defendants.
_____/

Case No. 2:22-cv-182

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant R. Vanderschaegen filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 25, 2024, recommending that this Court grant the motion and dismiss Defendant Vanderschaegen from the lawsuit.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 37) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 21) is GRANTED.  Defendant R. Vanderschaegen is DISMISSED from this lawuit.

Dated:  July 25, 2024

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge