UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARTEZ ROMAL BICKHAM #777727,

    Plaintiff,

v.

                                                         Case No. 2:22-cv-182

C. LOMAN, et al.,                            HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

    In accordance with the Order entered on this date:

    **IT IS HEREBY ORDERED** that Judgment is entered.


Dated: March 12, 2025                              /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge